UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLASSIC CONSTRUCTION OF NEW ORLEANS CONSTANCE LOFTS, LLC, CCNO CONSTANCE LOFTS, LLC, CLASSIC CONSTRUCTION OF NEW ORLEANS, LLC, CLASSIC CONSTRUCTION OF NEW ORLEANS VENTURE I, LLC, CLASSIC CONSTRUCTION OF NEW ORLEANS VENTURE II, LLC, CCNO VENTURE II, LLC, TUDOR SQUARE APARTMENTS, LLC, CCNO TUDOR SQUARE APARTMENTS, LLC, LAPLAYA SPE, LLC, and LAPLAYA SPE GP, LLC** <br> **Plaintiffs,** <br><br> **versus** <br><br> **CHUBB GROUP OF INSURANCE COMPANIES, and AMTRUST NORTH AMERICA, INC.** <br> **Defendants.** | **CASE NO.** <br><br> **JUDGE:** <br><br> **MAG.** |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

TO:  The Honorable Judges of the United States District Court
     Eastern District of Louisiana
     500 Poydras Street
     New Orleans, Louisiana 70130

**NOW COMES**, Defendant, Chubb Group of Insurance Companies[1] ("Chubb"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, with full reservation of any and all defenses, objections,

---

[1] Defendant, Chubb Group of Insurance Companies, is not a citizen of any state and is not an entity that is capable of being sued. "Chubb Group of Insurance Companies" is a descriptive phrase used to denote separately capitalized insurance companies, which are under common ownership. Plaintiffs allege coverage under Policy No. SERGAD394225781 and Policy No. UMBGAD3942261A1 (the "Policies"). The referenced Policies were issued by ACE Property and Casualty Insurance Company, not any of the Defendants. Chubb will request that Plaintiffs voluntarily amend their Petition to name the correct issuing company as a defendant in this matter, and dismiss the erroneously named (and non-existent) Chubb Group of Insurance Companies. Chubb reserves the right to proceed with a Rule 12 Motion to Dismiss, based on Plaintiffs' lack of a right of action against Chubb.

motions and exceptions, hereby gives Notice of Removal of this action, which had been pending as Case No. 2020-07307 in the Civil District Court for the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana.

As more fully addressed below, this Court has jurisdiction over this matter and it is properly removed to this Court pursuant to 28 U.S.C. §1332 because there is complete diversity among all properly joined and served parties, and, upon information and belief, Plaintiffs demand more than $75,000 for the alleged injuries set forth in their Petition for Damages for Breach of Contract ("Petition").[2]

In support of this removal, Chubb states as follows:

1.

Plaintiffs, Classic Construction of New Orleans Constance Lofts, LLC, CCNO Constance Lofts, LLC, Classic Construction of New Orleans, LLC, Classic Construction of New Orleans Venture I, LLC, Classic Construction of New Orleans Venture II, LLC, CCNO Venture II, LLC, Tudor Square Apartments, LLC, CCNO Tudor Square Apartments, LLC, Laplaya SPE, LLC and Laplaya SPE GP, LLC, filed their initial Petition in Division J of the Civil District Court for the Parish of Orleans, State of Louisiana, Docket Number 2020-07307, on August 28, 2020.[3]

2.

Plaintiffs allege that they are Louisiana limited liability companies domiciled in Orleans Parish, and owners of certain residential rental apartment properties in Louisiana.[4]

---

[2] The complete State Court Records are attached e*n globo* as Exhibit 1.
[3] *See*, *Id.*
[4] *Id.*

3.

The Louisiana Secretary of State lists the following names and addresses for the members of Classic Construction of New Orleans Constance Lofts, LLC:

a. CCNO Constance Lofts, LLC – 4127 S. Claiborne Avenue, New Orleans, LA.

Accordingly, upon information and belief, the sole member of Classic Construction of New Orleans Constance Lofts, LLC is CCNO Constance Lofts, LLC.

4.

The Louisiana Secretary of State lists the following names and addresses for the members of CCNO Constance Lofts, LLC:

a. Richard Mithun – 4127 S. Claiborne Avenue, New Orleans, LA;

b. Joseph Stebbins – 4127 S. Claiborne Avenue, New Orleans, LA; and

c. Michael Lee Mattax – 4127 S. Claiborne Avenue, New Orleans, LA.

Accordingly, upon information and belief, the sole members for CCNO Constance Lofts, LLC, are citizens of Louisiana.

5.

Based on the foregoing, and upon information and belief, the individuals identified in Paragraph 3 and 4 above comprise the full membership of Classic Construction of New Orleans Constance Lofts, LLC, and all are citizens of Louisiana. Accordingly, Classic Construction of New Orleans Constance Lofts, LLC is a Louisiana citizen for the purposes of diversity jurisdiction.

6.

Based on the foregoing, and upon information and belief, the individuals identified in Paragraph 4 above comprise the full membership of CCNO Constance Lofts, LLC, and all are

citizens of Louisiana. Accordingly, CCNO Constance Lofts, LLC is a Louisiana citizen for the purposes of diversity jurisdiction.

7.

The Louisiana Secretary of State lists the following names and addresses for the members of Classic Construction of New Orleans, LLC:

   a. Classic Construction of New Orleans Venture I, LLC.

Accordingly, upon information and belief, the sole member of Classic Construction of New Orleans, LLC is Classic Construction of New Orleans Venture I, LLC.

8.

The Louisiana Secretary of State lists the following names and addresses for the members of Classic Construction of New Orleans Venture I, LLC:

   a. Richard Mithun – 4127 S. Claiborne Avenue, New Orleans, LA;

   b. Joseph Stebbins – 4127 S. Claiborne Avenue, New Orleans, LA; and

   c. Michael Lee Mattax – 4127 S. Claiborne Avenue, New Orleans, LA.

Accordingly, upon information and belief, the sole members for Classic Construction of New Orleans Venture I, LLC, are citizens of Louisiana.

9.

Based on the foregoing, and upon information and belief, the individuals identified in Paragraph 7 and 8 above comprise the full membership of Classic Construction of New Orleans, LLC, and all are citizens of Louisiana. Accordingly, Classic Construction of New Orleans, LLC is a Louisiana citizen for the purposes of diversity jurisdiction.

10.

Based on the foregoing, and upon information and belief, the individuals identified in Paragraph 8 above comprise the full membership of Classic Construction of New Orleans Venture I, LLC, and all are citizens of Louisiana. Accordingly, Classic Construction of New Orleans Venture I, LLC is a Louisiana citizen for the purposes of diversity jurisdiction.

11.

The Louisiana Secretary of State lists the following names and addresses for the members of Classic Construction of New Orleans Venture II, LLC:

a. CCNO Venture II, LLC.

Accordingly, upon information and belief, the sole member of Classic Construction of New Orleans Venture II, LLC is CCNO Venture II, LLC.

12.

The Louisiana Secretary of State lists the following names and addresses for the members of CCNO Venture II, LLC:

d. Richard Mithun – 4127 S. Claiborne Avenue, New Orleans, LA;

e. Joseph Stebbins – 4127 S. Claiborne Avenue, New Orleans, LA; and

f. Michael Lee Mattax – 4127 S. Claiborne Avenue, New Orleans, LA.

Accordingly, upon information and belief, the sole members for CCNO Venture II, LLC, are citizens of Louisiana.

13.

Based on the foregoing, and upon information and belief, the individuals identified in Paragraph 11 and 12 above comprise the full membership of Classic Construction of New Orleans

Venture II, LLC, and all are citizens of Louisiana. Accordingly, Classic Construction of New Orleans Venture II, LLC is a Louisiana citizen for the purposes of diversity jurisdiction.

14.

Based on the foregoing, and upon information and belief, the individuals identified in Paragraph 12 above comprise the full membership of CCNO Venture II, LLC, and all are citizens of Louisiana. Accordingly, CCNO Venture II, LLC is a Louisiana citizen for the purposes of diversity jurisdiction.

15.

The Louisiana Secretary of State lists the following names and addresses for the members of Tudor Square Apartments, LLC:

a. Ocean Point LLC; and

b. CCNO Tudor Square Apartments, LLC.

Accordingly, upon information and belief, the sole members of Tudor Square Apartments, LLC are Ocean Point, LLC and CCNO Tudor Square Apartments, LLC.

16.

Ocean Point, LLC is not registered with the Louisiana Secretary of State. Upon information and belief, Ocean Point, LLC was registered in the State of Florida, with the Manager listed as Joseph Stebbins at 4127 S. Claiborne Avenue, New Orleans, LA.

17.

The Louisiana Secretary of State lists the following names and addresses for the members of CCNO Tudor Square Apartments, LLC:

a. Richard Mithun – 4127 S. Claiborne Avenue, New Orleans, LA;

b. Joseph Stebbins – 4127 S. Claiborne Avenue, New Orleans, LA; and

    c. Michael Lee Mattax – 4127 S. Claiborne Avenue, New Orleans, LA.

Accordingly, upon information and belief, the sole members for CCNO Tudor Square Apartments, LLC, are citizens of Louisiana.

18.

Based on the foregoing, and upon information and belief, the individuals identified in Paragraph 15, 16 and 17 above comprise the full membership of Tudor Square Apartments, LLC, and all are citizens of Louisiana. Accordingly, Tudor Square Apartments, LLC is a Louisiana citizen for the purposes of diversity jurisdiction.

19.

Based on the foregoing, and upon information and belief, the individuals identified in Paragraph 17 above comprise the full membership of CCNO Tudor Square Apartments, LLC, and all are citizens of Louisiana. Accordingly, CCNO Tudor Square Apartments, LLC is a Louisiana citizen for the purposes of diversity jurisdiction.

20.

The Louisiana Secretary of State lists the following names and addresses for the members of Laplaya SPE, LLC:

    a. Laplaya SPE GP, LLC.

Accordingly, upon information and belief, the sole member of Laplaya SPE, LLC is Laplaya SPE GP, LLC.

21.

The Louisiana Secretary of State lists the following names and addresses for the members of Laplaya SPE GP, LLC:

    a. Richard Mithun – 4127 S. Claiborne Avenue, New Orleans, LA;

    b. Joseph Stebbins – 4127 S. Claiborne Avenue, New Orleans, LA;

    c. Michael Lee Mattax – 4127 S. Claiborne Avenue, New Orleans, LA; and

    d. Kasem Investments, LLC – 3431 Heatherwood Drive, Harvey, LA.

Accordingly, upon information and belief, the sole members for Laplaya SPE GP, LLC, are Richard Mithun, Joseph Stebbins and Michael Mattax (all citizens of Louisiana) and Kasem Investments, LLC.

22.

The Louisiana Secretary of State lists the following names and addresses for the members of Kasem Investments, LLC:

    a. Muhammad Musa – 3713 Lake Michael, Gretna, LA.

Accordingly, upon information and belief, the sole member for Kasem Investments, LLC, is a citizen of Louisiana.

23.

Based on the foregoing, and upon information and belief, the individuals identified in Paragraph 20, 21 and 22 above comprise the full membership of Laplaya SPE, LLC, and all are citizens of Louisiana. Accordingly, Laplaya SPE, LLC is a Louisiana citizen for the purposes of diversity jurisdiction.

24.

Based on the foregoing, and upon information and belief, the individuals identified in Paragraph 21 and 22 above comprise the full membership of Laplaya SPE GP, LLC, and all are citizens of Louisiana. Accordingly, Laplaya SPE GP, LLC is a Louisiana citizen for the purposes of diversity jurisdiction.

25.

Plaintiffs allege that Amtrust North America, Inc. ("Amtrust") is a foreign insurer authorized to and doing business in the State of Louisiana and specifically, and without limitation, in the Parishes of Orleans and East Baton Rouge, State of Louisiana, and provided coverage under Policy AES1048756-01 during all relevant times.[5]

26.

Amtrust is a non-Louisiana entity incorporated in and principal place of business located in Cleveland, Ohio, and a citizen of the State of Ohio for diversity purposes.[6]

27.

28 USC 1446(b)(2) provides that all defendants "who have been properly joined and served" must join in or consent to removal. Upon information and belief, Amtrust North America, Inc. has not been served in this matter, and its consent is not required.

28.

Plaintiffs allege that the fictitious defendants, ABC and XYZ, are insurance companies who provided insurance coverage to Triumph Housing Management, LLC (a non-party to this matter). The Petition does not provide any corporate details as to these fictitious defendants.[7] Consent for removal is not required for these fictitious defendants because they are not "properly joined and served" defendants in this matter.

---

[5] *Id.*
[6] 28 USC 1332(c) provides that "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business."
[7] *Id.*

29.

Plaintiffs allege that Chubb Group of Insurance Companies is a foreign insurer authorized to and doing business in the State of Louisiana and specifically, without limitation, in the Parishes of Orleans and East Baton Rouge.[8]

30.

Defendant, Chubb Group of Insurance Companies ("Chubb"), is not a citizen of any state and is not an entity that is capable of being sued. "Chubb Group of Insurance Companies" is a descriptive phrase used to denote separately capitalized insurance companies, which are under common ownership. Plaintiffs allege coverage under Policy No. SERGAD394225781 and Policy No. UMBGAD3942261A1 (the "Policies"). The referenced Policies were issued by ACE Property and Casualty Insurance Company, not Chubb. Chubb will request that Plaintiffs voluntarily amend their Petition to name the correct issuing company as a defendant in this matter, and dismiss Defendant, Chubb Group of Insurance Companies. Chubb reserves the right to proceed with a Rule 12 Motion to Dismiss, based on Plaintiffs' lack of a right of action against Defendant, Chubb Group of Insurance Companies.

31.

ACE Property and Casualty Insurance Company ("ACE") is a non-Louisiana entity incorporated in and principal place of business located in Philadelphia, PA, and a citizen of the State of Pennsylvania for diversity purposes.

32.

Chubb was served with the Petition through the Louisiana Secretary of State on October 21, 2020, and therefore the present Notice of Removal is timely.

---

[8] *Id.*

33.

Plaintiffs' Petition constitutes a civil action in which Plaintiffs seek to recover from Defendants with regard to alleged business losses associated with an Insured's management of properties.

34.

This Honorable Court has subject matter jurisdiction over this civil action based on diversity of citizenship under 28 USC § 1332(a), which is an action that may be removed to this Honorable Court pursuant to 28 USC § 1441(a) and § 1332(a), in that it is a civil action wherein the amount in controversy is alleged to exceed the sum of $75,000, exclusive of interest and costs.

35.

The citizenship of the fictitious defendants, ABC and XYZ, is disregarded for the purposes of diversity jurisdiction.[9] ABC and XYZ therefore do not bar removal of this action.

36.

When the citizenship of ABC and XYZ is disregarded, there is complete diversity between Plaintiffs (Louisiana) and the properly joined,[10] non-fictitious defendants, ACE (Pennsylvania) and Amtrust (Ohio).

37.

A copy of all available pleadings filed thus far in this matter in the record of the Civil District Court for the Parish of Orleans, State of Louisiana are attached hereto as Exhibit 1.

---

[9] 28 USC § 1441(b)(1) provides that "[i]n determining whether a civil action is removable on the basis of the jurisdiction under section 1333(a) of this title, the citizenship of defendants sued under fictitious names shall be disregarded."

[10] ACE has not yet been named as a defendant in this matter, but as set forth in Footnote 1 and Paragraph 30, above, it is the issuing company for one of the policies under which coverage is alleged in the Petition.

38.

Written notice of the filing of this Notice of Removal and removal of the above-referenced action is being delivered by facsimile, electronic mail, and/or U.S. mail to all parties through their known counsel of record. A copy of this Notice will be filed promptly with the Clerk of Court of the Civil District Court for the Parish of Orleans, State of Louisiana.

39.

Pursuant to Rule 11 of the Federal Rules of Civil Procedure, undersigned counsel certifies that he/she has read the foregoing Notice of Removal, that to the best of knowledge, information, and belief formed after reasonable inquiry, it is well-grounded in fact and is warranted by existing law or good faith argument for the extension, modification or reversal of existing law, and that it is not interposed for any improper purpose.

**WHEREFORE**, Defendant, Chubb Group of Insurance Companies, hereby files this Notice of Removal, and pray that the above-referenced State Court action now pending on the Civil District Court for the Parish of Orleans, State of Louisiana, be removed to this Court, and that this Court enter any necessary orders of process so that this suit may proceed as if it had originally commenced in this court.

By: */s/ Leah N. Engelhardt*
Leah N. Engelhardt (#23232)
Thomas H. Prince (#32219)
William M. Kelly (#39234)
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163-2300
Telephone:  (504) 585-7000
E-mail:  engelhardt@chaffe.com
prince@chaffe.com
william.kelly@chaffe.com

*Attorneys for Chubb Group of Insurance Companies*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has this date been served upon all counsel of record in this proceeding by:

      (   )   Hand Delivery          (   )   Prepaid U.S. Mail

      (   )   Facsimile              (   )   Federal Express

      ( X )   E-mail                 ( X )   ECF

New Orleans, Louisiana this 20th day of November, 2020.

                         */s/ Leah N. Engelhardt*
                         LEAH N. ENGELHARDT